**MICHAEL A. DIRENZO, ESQ.**
Nevada Bar No. 13104
**MORGAN & MORGAN**
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
Telephone: (725) 226-1371
Facsimile: (689) 285-6892
Email: michael.direnzo@forthepeople.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BENN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>RENE RIOS, an individual; WESTERN EXPRESS, LLC, a foreign company; DOE OWNERS I-V; DOE DRIVERS I-V; ROE EMPLOYERS I-X; and ROE COMPANIES I- X, inclusive, jointly and severally,<br><br>Defendant. | CASE NO.: 2:26-cv-00717-GMN-NJK<br><br>**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC. AND DISMISS WESTERN EXPRESS, LLC WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties of record MICHAEL A. DIRENZO, ESQ. of MORGAN & MORGAN, on behalf of Plaintiff RONALD BENN and ERAN S. FORSTER, ESQ. of KAHANA | FELD, LLP. on behalf of Defendants RENE RIOS and WESTERN EXPRESS, LLC, that Plaintiff be given leave to amend the complaint to add WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC as a defendant and dismiss WESTERN EXPRESS, LLC without prejudice. The Parties also stipulate, upon the Court's approval, revision of the case caption and electronic case caption contained in the

Court's ECF/Pacer system to reflect the corrected corporate defendant entity. (*See* Exhibit 1: *Plaintiff's Proposed Amended Complaint.)*

The parties represent that this stipulation was made in good faith and not for purpose of delay:

DATED this 24th day of July, 2026.

**MORGAN & MORGAN**

*/s/ Michael DiRenzo*

MICHAEL DIRENZO, ESQ.
Nevada Bar No.: 13104
6725 Via Austi Parkway, Suite 275
Las Vegas, Nevada 89119
*Attorneys for Plaintiff*

DATED this 24th day of July, 2026.

**KAHANA | FELD, LLP**

*/s/ Eran S. Forster*

SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
BRIAN A. MORRIS, ESQ.
Nevada Bar No. 11217
2285 Corporate Circle, Suite 230
Henderson, Nevada 89074
*Attorney for Defendants*

**ORDER**

This stipulation is **GRANTED**. Plaintiff must promptly file the amended complaint. *See* Local Rule 15-1(b).

**IT IS SO ORDERED**

UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of July 2026.