SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
KAHANA | FELD, LLP
2285 Corporate Circle, Suite 230
Henderson, Nevada 89074
Tel: (702) 637-3955
Fax: (949) 245-7597
Email: swulterin@kahanafeld.com
eforster@kahanafeld.com

*Attorneys for Defendants,*
*Rene Rios and Western Express Transport of California, Inc.*

KAHANA ••• FELD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BENN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RENE RIOS, an individual; WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., a foreign company; DOE OWNERS I-V; DOE DRIVERS I-V; ROE EMPLOYES I-X; and ROE COMPANIES I-X, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:26-cv-00717-GMN-NJK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that attorney BRIAN A. MORRIS, ESQ., is no longer with KAHANA | FELD, LLP, and no longer counsel of record for Defendants RENE RIOS and WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., in the above-captioned matter. Please remove Mr. Morris from your service list for this case.

/ / /

/ / /

ERAN S. FORSTER, ESQ. of KAHANA | FELD, LLP will continue to serve as counsel of record for Defendants RENE RIOS and WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC.

Dated: August 14, 2026.

KAHANA | FELD, LLP

SHAYNE L. WULTERIN, ESQ.
Nevada Bar No.: 7565
ERAN S. FORSTER, ESQ.
Nevada Bar No.: 11124
*Attorneys for Defendants,*
*Rene Rios and Western Express Transport of California, Inc.*

KAHANA : FELD

IT IS SO ORDERED.
Dated: August 14, 2026

Nancy J. Koppe
United States Magistrate Judge